# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felix Quintanilla, <br><br> PLAINTIFF(S), <br> v. <br><br> Stanley Sniff, Jr., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> EDCV18-01743-AB(SP) <br><br> **JUDGMENT** <br> **(Failure to Pay Full Filing Fee)** |

On August 29, 2018, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☐ full filing fee ☑ initial partial filing fee.

By Order to Show Cause dated November 21, 2018, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☐ full filing fee ☑ initial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

1/8/2019
Date

*[signature]*
United States District Judge

Presented by:

*[signature]*
United States Magistrate Judge